AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00533 |
| Samuel Lazar | ) Assigned To : Faruqui, Zia M. |
|  | ) Assign. Date : 7/21/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Samuel Lazar,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☒ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a) and (b) (Felony) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) and (4) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and Engaging in Physical Violence in a Restricted Building or Grounds.

Date: 07/21/2021

2021.07.21 19:37:59 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/21/2021, and the person was arrested on *(date)* 7/26/2021
at *(city and state)* EPHRATA, PA.

Date: 7/26/2021

*Arresting officer's signature*

GEOFF FORD   FBI
*Printed name and title*