**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

**UNITED STATES**

        **v.**

**SAMUEL LAZAR**

          **Defendants.**
_____

)
)
)
)
)
)
)
)
)
)

**Crim. No.: 1:21-mj-533-ZMF**

## NOTICE OF FILING

Defendant Samuel Lazar, by and through undersigned counsel, in advance of the

detention hearing scheduled for August 11, 2021, submits the attached letters of support for the

Court's consideration

Respectfully submitted,

_____/s/_____
David Benowitz # 451557
*Counsel for Samuel Lazar*
Price Benowitz LLP
409 7th Street, NW
Suite 200
Washington, DC 20004
(202) 271-5249
david@pricebenowitz.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Filing have been served via the
Court's ECF system upon the AUSA Douglas Collyer on this 10th day of August, 2020.

_____/s/_____
David Benowitz
