From: **b simcox** <█████████████>
Date: Thu, Aug 5, 2021, 17:25
Subject: Reference letter for Sam
To: █████████████████████████████>

Dear Sir or Madam,

Samuel Lazar is a dear friend of my husband's, and has been for years. I have heard about him for years, and finally had the pleasure of meeting him a few years ago. And now Sam is not just a friend, but he is a part of our family!

We have had Sunday family dinners together, celebrated birthdays together, attended church together, and our kids play together at backyard cookouts.
Sam is a Godly man. He is a family man. He is proud of his children and would give them the world. His nieces and nephews adore him. I haven't met anyone who Sam hasn't shown respect to, and he would go out of his way to help you.

Please take these statements into consideration as a testament to the true character of our friend Samuel Lazar.

Thank you,
Brianna Esposito