August 5, 2021

**Re: Samuel Lazar**

Dear Sir or Madam,

My name is Nick Mantzavas and I am writing to you in reference to a case involving Samuel Lazar.

I have known Mr. Lazar for three years I believe I am in a position to speak to Samuel's moral character, so I hope you will take this letter into account when making your decision on bail.

Samuel Lazar is, in short, a good person. He has always been kind and generous with others. Samuel has a strong sense of duty, which applies to his job, his family, and his community. He also possesses a great deal of integrity and constantly strives to make sure he is doing the right thing.

It must be difficult for you to make decisions like this when you do not personally know the person standing in front of you, so I hope you will look at my letter and the countless others you are receiving, and understand that Samuel Lazar is the kind of person around whom people respect and admire. That has to say something, so please let that be a factor in your decision.

Sincerely,

Nick Mantzavas