From: **John Salazar** <█████████████████████>
Date: Tue, Aug 10, 2021, 21:27
Subject: Character Reference for Samuel Lazar
To: █████████████████████████████████>

To whom it may concern,

This email is in regard to Samuel Lazar. With regard to who I am, I am a Major in the United States Army Reserve with three combat tours in Afghanistan and currently work as a civilian contractor for the Air Force, as the country desk officer for Jordan and Iraq. If not for the fact that I am currently attending a conference in San Antonio, Texas for the Air Force, I would be sending this from my military email, or even provide a signed letter.

I know Samuel Lazar to be a doting father, a hard-working entrepreneur, and a frequent supporter of charities, especially Veteran charities. Our society needs more people like Samuel Lazar. I ask that you consider this as you determine what to do with regard to Samuel's current situation, and thank you in advance for your consideration in this matter.

Respectfully,

John Salazar
Mobile: 718-362-0201