Date: Fri, Aug 6, 2021, 00:46
Subject: character reference for Sam
To: <█████████████████>

To Whom It May Concern,

I am writing in reference to Samual Lazar. Sam is a hard working father who loves his family, friends and country. We sit together at church and sometimes share a meal after service. I have gotten to know Sam over time and see him as a caring and respectful person. He is the kind of person I would trust with my granddaughter because of his honesty and good moral values. His family is waiting for him to come home because they depend on him. Sam is a good person and a threat to no one.

Sincerely,

*Tess Vedilago*
**Media Mingled by Tess**