From: **cocoa king9** <███████████████>
Date: Thu, Aug 5, 2021, 13:33
Subject: Character letter
To: ███████████████████████████████ >

To whom it may concern,

This character letter is on behalf of Samuel Lazar.

I have known him for just about 3 years. From the very first day, his demeanor has been nothing but genuine and pleasant.  He still shows this by offering his time and help at any time when I need/needed it. He has brought his two wonderful children around my residence as well. He talks about them all the time. He is a caring and loving dad.  I have always seen his exemplary problem solving skills when he helps me with tasks around the house.  He is always so bubbly and has a very upbeat personality. He goes to church every Sunday. I know this, because he stops by my place of work to grab a coffee and banana. Always smiles and exchanging pleasantries.  He is a great person and has added so much joy to my life in a short amount of time.

Thank you for your time.

Sincerely,

Janet vonRonn