UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**SAMUEL LAZAR,**<br><br>           **Defendant.** | Case No. 21-mj-533 (ZMF) |

## **ORDER**

On July 27, 2021, Defendant appeared before a court in the Eastern District of Pennsylvania pursuant to a warrant issued on July 21, 2021 by Magistrate Judge Zia M. Faruqi of the District Court for the District of Columbia. ECF No. 5. That same day, Defendant had an initial appearance in the Eastern District of Pennsylvania pursuant to Federal Rule of Criminal Procedure 5(c)(2) during which he requested that any detention hearing be held in the District of Columbia. The presiding magistrate judge in the Eastern District of Pennsylvania ordered Defendant committed and that he be removed to the District of Columbia. Defendant appeared remotely before the undersigned magistrate judge on August 6, 2021 for his initial appearance in the District of Columbia, and his detention hearing was scheduled for August 11, 2021.

To avoid the potentially unnecessary transfer of Defendant to the District of Columbia in the event he is released at the conclusion of the detention hearing, it is hereby

**ORDERED** that the United States Marshals Service shall keep Defendant in his current detention facility to ensure his appearance at the detention hearing scheduled before the undersigned on August 11, 2021, as well as any additional hearings that may be required to resolve the issue of his pretrial detention. The United States Marshals Service shall not transport Defendant

to Washington, D.C. until and unless an order to that effect is issued by the undersigned magistrate judge, the Chief Judge of this Court, or the assigned district judge if the case is indicted or an Information is filed. The United States Marshals Service shall coordinate with the detention facility, counsel, and this Court to ensure Defendant is available for any future remote hearings.

**SO ORDERED.**

Date:  August 11, 2021

_____
Robin M. Meriweather
United States Magistrate Judge