| | |
|---|---|
| Government | ✔ |
| Plaintiff | |
| Defendant | |
| Joint | |
| **Court** | |

UNITED STATES OF AMERICA

**VS.**

SAMUEL LAZAR

**Civil/Criminal No.** 21-533M-01

| **EXHIBIT NUMBER** | **DESCRIPTION OF EXHIBITS** | **MARKED FOR I.D.** | **RECEIVED IN EVIDENCE** | **WITNESS** | **EXHIBITS SENT INTO JURY** (date & time) |
|---|---|---|---|---|---|
| 1 | Body-worn camera video clip from Metropolitan Police officer | 8/11/21 | 8/11/21 | | |
| 2 | U-Tube video clip in which Defendant is interviewed | 8/11/21 | 8/11/21 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |